## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MAINE

| | |
|---|---|
| **MARITIMES & NORTHEAST PIPELINE, L.L.C.,** )<br>)<br>)<br>**Plaintiff,** )<br>v. )<br>)<br>**6.85 ACRES OF LAND IN HANCOCK AND PENOBSCOT COUNTIES, MAINE,** ET AL., )<br>)<br>)<br>**Defendants.** ) | Civil Action No. 08-30-DBH |

**PRELIMINARY INJUNCTION FOR IMMEDIATE ENTRY**

Pursuant to Fed. R. Civ. P. 65, upon consideration of the Motion for Preliminary Injunction for Immediate Entry (Docket Item 17) filed by plaintiff Maritimes & Northeast Pipeline, L.L.C. ("Maritimes"), the memorandum in opposition thereto (Docket Item 29) filed by defendant Echo Easement Corridor, LLC ("Echo"), the affidavits and accompanying exhibits submitted by the parties and the arguments made at the hearing held February 27, 2008, and for the reasons set forth in the Court's Decision and Order on Motion for Preliminary Injunction for Immediate Entry dated February 29, 2008 (Docket Item 37), the Court hereby **FINDS**, **ORDERS**, **ADJUDGES** and **DECREES** as follows:

1.  Maritimes has sought a preliminary injunction granting immediate right of possession of and entry onto the following properties (together, the "Properties") for the purpose of accessing, constructing, maintaining and operating certain natural gas pipeline facilities in accordance with a Certificate of Public Convenience and Necessity dated February 21, 2007 issued to

Maritimes by the Federal Energy Regulatory Commission ("FERC") and reported at 118 FERC ¶ 61,137 (such certificate, including any duly issued modifications thereto, to be referred to herein as the "FERC Certificate"):

- Part of a certain plot, piece or parcel of land situated in Township 35 M.D., County of Hancock, State of Maine, including a 125'-wide permanent easement to be located as shown in heavy shading in Exhibit A, a 25'-wide access easement as shown in light shading in Exhibit A hereto, and a temporary workspace easement in the areas shown in hatching in Exhibit A hereto ("Property A").

- The portion of Stud Mill Road, so called, located in the Towns of Milford and Greenfield, Penobscot County, State of Maine, and T 32 M.D., Town of Great Pond, T 34 M.D. and T 35 M.D., Hancock County, State of Maine, from Point A to Point G as shown in thick black Right-of-Way line in Exhibit B hereto ("Property B").

2. For the following reasons, Maritimes is entitled to the requested preliminary injunction:

a. Because the FERC Certificate covers the Properties, which Echo claims have a value in excess of $3000 and which Maritimes has been unable to acquire by private contract, Maritimes is likely to succeed on the merits of its claims to possession of the Properties by power of eminent domain.

b. Maritimes must construct the pipeline facilities and make them available for service within two years of issuance of the FERC Certificate. Because delay in accessing the Properties now will hugely increase the risk of being unable to complete the pipeline service in a timely fashion, Maritimes will suffer irreparable harm absent the issuance of this Preliminary Injunction.

  c. As Echo will be justly compensated for any taking, the balance of harms favors the issuance of this Preliminary Injunction.

  d. The issuance of the FERC Certificate demonstrates that the public interest is furthered by moving the pipeline project forward.

3. Accordingly, Maritimes is hereby authorized:

  a. to enter and take possession of Property A for the purpose of accessing, preparing, installing, constructing, maintaining and operating any and all natural gas pipeline facilities authorized by the FERC Certificate, including a compressor station, suction and discharge lines, and any and all other equipment and appurtenances related to such pipeline facilities, and for such other purposes and uses as are incidental to the access, preparation, installation, construction, maintenance and operation of such pipeline facilities; and

  b. to enter and take temporary possession of Property B for the purpose of accessing, preparing, installing and constructing (including but not limited to conducting commissioning activities) any and all natural gas pipeline facilities authorized by the FERC Certificate, including a compressor station, suction and discharge lines, and any and all other equipment and appurtenances related to such pipeline facilities, and for such other purposes and uses as are incidental to the access, preparation, installation and construction of such pipeline facilities.

4. Defendants (including their respective officers, agents, servants, employees and attorneys, and those persons in active concert or participation

with them who receive actual notice of this Preliminary Injunction) are hereby preliminarily enjoined from and against interfering in any way with Maritimes' exercise of the rights granted, or its performance of any of the activities authorized, in the preceding paragraph.

**SO ORDERED.**

**DATED THIS 5TH DAY OF MARCH, 2008**

/s/ D. Brock Hornby
D. Brock Hornby
United States District Judge